**Order entered June 6, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01002-CR

**JAY SANDON COOPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-86065-2019**

## ORDER

Before the Court is appellant's June 5, 2022 "Amended Motion to Order Clerk to File Reporter's Supplemental Records." The supplemental reporter's record requested by appellant was received on May 13, 2022. When appellant filed his June 5th motion, the Court directed the Clerk to correct the May 13, 2022 entry to reflect the supplemental reporter's record was, in fact, filed that day. To the extent appellant's motion asks the Court to change the date the supplemental reporter's record was filed, we **DENY** appellant's motion.

On the Court's own motion, we **ORDER** appellant's brief due thirty days from the date of this order.


/s/     LANA MYERS
        JUSTICE